UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-112-02ML** **DATE: September 8, 2005**

**TITLE: USA v. LONNIE C. GASPERINI**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Adi Goldstein - Govt**
**Paul J. DiMaio - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**Court addresses deft's objections to the PSR. Deft is sworn and examined by counsel. Court overrules deft's objections. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to Counts I through IX of the Indictment: 108 mos' imprisonment as to Counts I-III and VI-X (concurrent terms), and 12 mos' imprisonment as to Count IV (to be served consecutively to the term imposed as to Counts I-III and VI-X); followed by 6yrs' supervised release as to Count IV, and 3 yrs' supervised release as to Counts I-III and VI-X (all concurrent terms). Court recommends to the BOP that this deft be considered for participation in the intensive substance-abuse treatment program. Deft is advised of his right of appeal. Deft is remanded.**